UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY PEAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:14-CV-293-FL |
| MARLANE BECKER; RICHARD MONTONI; ) | |
| PAUL BUCHANAN; LESLEY MOXLEY; ) | |
| TIMOTHY SMITH; MELISSA BLIZZARD; ) | |
| SCOTT CROSSMAN; JASON GRANT BETTIS; ) | |
| JOHN CARTER; VERA PEARSON; GEORGE ) | |
| COLLINS; LOUIS F. FOY; ERNEST LEE; ) | |
| DAISEY BLUE; JACQUELINE MULL; ) | |
| MALVIN SUTTON; VIRGIL ) | |
| HOLLINGSWORTH; ED BROWN; JEFF ) | |
| HUDSON; BEVERLY YVETTE JACKSON; ) | |
| DONNA THOMAS; JOHN OLSEN; JACOB ) | |
| EVANS JR.; AMEIL ROSSABI; and ) | |
| CARLA WEST, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 2, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is DISMISSED. The plaintiff shall have and recover nothing from this action.


**This Judgment Filed and Entered on October 2, 2015, and Copies To:**
Anthony Peake (via U.S. Mail) 5912 Daytona Drive, Richmond, VA 23225

| | |
|---|---|
| October 2, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |